THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE WILDERNESS SOCIETY, *et al.*,<br><br>      *Plaintiffs*,<br>  v.<br><br>DEBRA HAALAND, in her official capacity as Secretary of the Interior, *et al.*,<br><br>      *Defendants*. | Case No. 1:22-cv-01871-CRC<br><br>**PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO THE STATE OF WYOMING'S MOTION TO INTERVENE** |

In accordance with the Court's August 30, 2022 order, Plaintiffs The Wilderness Society and Friends of the Earth respectfully submit this response to the State of Wyoming's Motion to Intervene, ECF No. 12. Plaintiffs do not oppose the motion.

Dated: August 31, 2022                      Respectfully submitted,

                                                */s/ Michael S. Freeman*
                                                Michael S. Freeman
                                                (*admitted pro hac vice*)
                                                Alexandra Oakey Schluntz
                                                (*admitted pro hac vice*)
                                                Earthjustice
                                                633 17th Street, Suite 1600
                                                Denver, CO 80202
                                                Tel.: (303) 996-9615
                                                E-mail: mfreeman@earthjustice.org
                                                            aschluntz@earthjustice.org

                                                */s/ Seth Johnson*
                                                Seth Johnson (D.C. Bar No. 1001654)
                                                Earthjustice
                                                1001 G St. NW Suite 1000
                                                Washington, DC  20001
                                                Tel.: (202) 797-5245

E-mail: sjohnson@earthjustice.org

*Counsel for Plaintiffs The Wilderness Society and Friends of the Earth*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August, 2022, I electronically filed the foregoing Plaintiffs' Statement of Non-Opposition to the State of Wyoming's Motion to Intervene with the Clerk of the District Court using the CM/ECF system, which will send notice of this filing by e-mail to all counsel of record.

                                                */s/ Michael S. Freeman*
                                                Michael S. Freeman