IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE WILDERNESS SOCIETY, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>DEBRA HAALAND, in her official capacity as SECRETARY OF THE INTERIOR, *et al.*<br><br>Defendants. | Civil Action No. 1:22-cv-01871 |

## NOTICE REGARDING POSITION ON INTERVENTION

In response to the Court's August 30, 2022 Minute Order, Federal Defendants hereby provide notice that they take no position on the State of Wyoming's Motion to Intervene, ECF No. 12.

Respectfully submitted this 31st day of August, 2022.

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

*/s/ Clare Boronow*
CLARE BORONOW, member of MD Bar
Senior Attorney, Natural Resources Section
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Tel.: 303-844-1362
Fax: 303-844-1350
clare.boronow@usdoj.gov

*/s/ Luther L. Hajek*
Luther L. Hajek
U.S. Department of Justice
Environment & Natural Resources Division

Natural Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1376
Fax: (303) 844-1350
E-mail: luke.hajek@usdoj.gov

*Counsel for Defendants*