## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE WILDERNESS SOCIETY *et al.*, | Civil Action No. 1:22-cv-01871-CRC |
| Plaintiffs*,* | Hon. Christopher R. Cooper |
| v. | |
| DEBRA HAALAND, in her official capacity as Secretary of the Interior, *et al.*, | **ORDER** |
| Defendants, | |
| and | |
| STATE OF WYOMING, | |
| Intervenor-Defendant. | |

Upon consideration of the parties' Joint Proposed Schedule, the Court hereby ORDERS

that the Joint Proposed Schedule is ADOPTED, and the case shall proceed on the following

schedule:

### 1.    Administrative Record and Record Challenges

Federal Defendants shall file the certified index to the administrative record

and serve copies of the record on the parties:                    **December 16, 2022**

Deadline for Plaintiffs and Intervenor-Defendant to notify Federal Defendants

in writing of any objections to the administrative record:                **January 17, 2023**

The Parties shall confer and attempt to resolve any such record objections or disputes out

of Court and prior to filing any motions to supplement the administrative record or for extra-

record review with the Court.

Deadline for all parties to file motions seeking to supplement the administrative

record or to submit extra-record evidence:                              **February 14, 2023**

Any such motions shall be briefed in accordance with the timeframes allowed in the local rules unless otherwise ordered by the Court.  If any such motions are filed, the summary judgment briefing schedule below shall not apply, and the parties will submit a status report and proposed summary judgment briefing schedule within 14 days after those motions are resolved.

If no administrative record motions are filed, summary judgment motions will be briefed according to the schedule below.

### 2.      **Summary Judgment Briefing Schedule**

Plaintiffs to file their summary judgment motion addressing

all claims:                                                             **March 9, 2023**

Federal Defendants to file a combined summary judgment response

and cross-motion for summary judgment addressing all claims:     **May 1, 2023**

Intervenor-Defendant to file a combined summary judgment

response and cross-motion for summary judgment on all claims:     **May 8, 2023**

As appropriate, Intervenor-Defendant Wyoming will strive to avoid repeating the arguments raised by the Federal Defendants and may adopt and incorporate those arguments by reference.

Plaintiffs to file a combined summary judgment reply and response to

the cross-motions for summary judgment on all claims:            **June 8, 2023**

Federal Defendants to file their reply in support of their cross-motion

for summary judgment on all claims:                              **July 17, 2023**

Intervenor-Defendant to file its reply in support of cross-motion

for summary judgment on all claims:                              **July 24, 2023**

As appropriate, Intervenor-Defendant Wyoming will strive to avoid repeating the arguments raised by the Federal Defendants and may adopt and incorporate those arguments by reference.

3.      **Summary Judgment Motion Page Limits:** The parties' summary judgment points and authorities will conform to the page limits in LCvR 7 unless the Court grants permission to deviate from those limits.

4.      **Remedy Briefing:**  Briefing regarding the appropriate remedy shall be conducted separately from the briefing of the merits.  If the Court rules in favor of the Plaintiffs on any of their claims on summary judgment, the parties will submit a proposed schedule for remedy briefing within seven days of the Court's summary judgment ruling.

IT IS SO ORDERED.

DATED this __30__th day of ____September____, 2022.


_____
Judge Christopher R. Cooper
United States District Court