#### UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILDERNESS SOCIETY,** *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**U.S. DEPARTMENT OF INTERIOR,** *et al.*,<br><br>　　　　　　　Defendants. | Case No. 22-cv-1871 (CRC) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that this matter is remanded to the Bureau of Land Management for further proceedings consistent with the Court's [Dkt. No. 45] Memorandum Opinion and Order; it is further

**ORDERED** that the Bureau of Land Management shall complete its supplemental review within 180 days of this Order; it is further

**ORDERED** that the Bureau of Land Management is enjoined from approving new drilling permits or authorizing new surface disturbing activities on the subject lease parcels until the remand process is completed.

This is a final appealable Order.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHRISTOPHER R. COOPER
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date:　July 16, 2024